UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANN et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO et al., <br><br> Defendants. | Case No. 3:11-cv-0708-GPC-BGS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES** <br><br> [ECF No. 221] |

Before the Court is parties' joint motion to continue pretrial conference and related dates, ECF No. 221. Upon consideration of parties' joint motion to continue, the Court **GRANTS** the motion. However, there will be no further continuances. The Court sets the following pretrial dates:

(1) All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **March 4, 2016**. Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

(2) Counsel shall meet together and take the action required by Civil Local Rule 16.1(f)(4) on or before **March 11, 2016**. At this meeting, counsel

|    |     |                                                                                                                                                                                                                                                                                                                 |
|----|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |     | shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order. |
| 9  | (3) | The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and submitted via e-mail in Word or Word Perfect format to efile_curiel@casd.uscourts.gov on or before **March 18, 2016**, and shall be in the form prescribed in and in compliance with Civil Local Rule 16.1(f)(6). |
| 15 | (4) | The final pretrial conference shall be held on **March 25, 2016, at 1:00 p.m. in Courtroom 2D**.                                                                                                                                                                                                                |
|    |     | **IT IS SO ORDERED.**                                                                                                                                                                                                                                                                                            |

DATED: January 28, 2016

HON. GONZALO P. CURIEL
United States District Judge