UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK MANN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> COUNTY OF SAN DIEGO; et al., <br><br> Defendants-Appellants. | No.   16-56657 <br><br> D.C. No. <br> 3:11-cv-00708-GPC-BGS <br> Southern District of California, <br> San Diego <br><br> ORDER |
| MARK MANN; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COUNTY OF SAN DIEGO; et al., <br><br> Defendants-Appellees. | No.   16-56740 <br><br> D.C. No. <br> 3:11-cv-00708-GPC-BGS |

Before:  WARDLAW, NGUYEN, and OWENS, Circuit Judges.

Appellants' request for an extension of time to file and their request for attorneys' fees is GRANTED.  42 U.S.C. § 1988; *See Hewitt v. Joyner*, 940 F.2d 1561, 1571 (9th Cir. 1991) ("'A prevailing [civil rights] plaintiff should ordinarily recover an attorney's fee unless special circumstances would render such an award unjust.'" (alteration in original) (quoting *Hensley v. Eckerhart*, 461 U.S. 424, 429 (1983))).  The determination of the amount of the attorneys' fees is transferred to the district court.  *See* 9th Cir. R. 39-1.8.